UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ D. JONES, <br><br> Plaintiff, <br><br> v. <br><br> SARA NELSON, CITY OF SEATTLE COUNCIL MEMBERS, <br><br> Defendants. | CASE NO. **2:23-cv-01232-RAJ** <br><br> **ORDER DENYING IFP APPLICATION** |

The Court having considered the report and recommendation filed by the assigned United States Magistrate Judge, all objections, and the record, finds and **ORDERS**:

1. The Report and Recommendation is adopted and leave to proceed in forma pauperis is **denied**.

2. Plaintiff shall pay the filing fee within thirty days of this order. If Plaintiff fails to do so, this matter is dismissed, and the clerk shall close and terminate the matter.

DATED this 30th day of August, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IFP APPLICATION - 1